April 17, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/17/2025 12:36:34 PM
CHRISTOPHER A. PRINE
Clerk

Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711


RE: Court of Appeals Number: 15-25-00043-CV
    Trial Court Case Number: 2025CI07382

    Style: The Conservation Society of San Antonio
    and Lewis Vetter v. University of Texas
    at San Antonio and City of San Antonio


Fifteenth Court of Appeals Clerk(s):

Inadvertently I have received notice of an accelerated appeal in the above-referenced case. The court number referenced in the style of the case is the 408th, but because of our presiding system in Bexar County, the proceeding that is being appealed was assigned to the 407th District Court and was heard before the Honorable Judge Tina Torres. The court reporter in the 407th is Maria Fattahi.

Please correct the records to reflect this information in order to notify the correct reporter and judge of this appeal:

Maria Fattahi - maria.fattahi@bexar.org


Kind regards,


Judy Stewart, CSR
408th District Court